18 So.2d 111

**J. B. (alias Peg) BARNES v. STATE.**

**4 Div. 334.**

Supreme Court of Alabama.

May 18, 1944.

O. S. Lewis, of Dothan, for the petition.

Wm. N. McQueen, Acting Atty. Gen., opposed.

THOMAS, Justice.

Petition of J. B. (alias Peg) Barnes for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Barnes v. State, 18 So.2d 110.

Writ denied.

GARDNER, C. J., and BROWN, FOSTER, LIVINGSTON, and STAKELY, JJ., concur.